| | |
|---|---|
| STEFANI E. SHANBERG<br>   State Bar No. 206717<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile:  (650) 565-5100<br>Email: sshanberg@wsgr.com<br><br>Attorneys for Third Party<br>GOOGLE INC. | FELICIA Y. FENG<br>   State Bar No. 184346<br>MCKENNA LONG & ALDRIDGE LLP<br>101 California Street<br>41st Floor<br>San Francisco, CA 94111<br>Telephone:  (415) 267-4000<br>Facsimile:  (415) 267-4198<br>Email:  ffeng@mckennalong.com<br><br>Attorneys for Plaintiff<br>NORTHSIDE HOSPITAL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHSIDE HOSPITAL, INC.,<br><br>                        Plaintiff,<br><br>vs.<br><br>MICHAEL D. RANDELL, M.D., and<br>MICHAEL D. RANDELL, M.D., P.C.,<br><br>                        Defendants. | ) CASE NO.: 3:09-mc-80266-MHP (EDL)<br>)<br>) U.S. District Court, Northern District of<br>) Georgia, Atlanta Division,<br>) Civil Action No. 1:09-CV-0508-TCB<br>)<br>) **STIPULATION REQUESTING TO**<br>) **EXTEND BRIEFING SCHEDULE AND**<br>) **HEARING DATE FOR THIRD PARTY**<br>) **RESPONSE TO MOTION TO**<br>) **ENFORCE SUBPOENA**<br>) |

WHEREAS, pursuant to this Court's Notice of Reference, Time and Place of Hearing of October 7, 2009, a hearing has been set for Plaintiff's Motion to Enforce Third Party Subpoena and Compel Production of Documents by Third-Party Google Inc. ("Motion") for November 3, 2009 at 9:00 a.m., in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102;

WHEREAS, pursuant to this Court's Notice of Reference, Time and Place of Hearing of October 7, 2009, Google Inc.'s ("Google") opposition is due October 13, 2009, and any reply to the opposition is due October 20, 2009;

WHEREAS, the parties are engaged in discussions that may obviate the need for further motion practice and believe good cause exists to extend the briefing schedule and hearing date

1    for this Motion;

2    WHEREAS, the parties reserve all rights to defend and/or pursue this motion, if
3    necessary;

4    WHEREAS, no previous modifications have been made to the schedule in this matter;

5    WHEREAS, this Stipulation will have no impact on the procedural schedule beyond
6    extension of the current briefing schedule and hearing date;

7    IT IS HEREBY STIPULATED AND AGREED between Plaintiff Northside Hospital,
8    Inc. ("Northside") and Google, through their respective counsel that the hearing currently
9    scheduled before this Court for November 3, 2009, shall be rescheduled to November 10, 2009,
10    at 9:00 a.m. or such other time as may be convenient for the Court. Google's opposition brief,
11    currently due on October 13, 2009, shall be due on October 20, 2009. Northside's reply brief,
12    currently due on October 20, 2009, shall be due on October 27, 2009.

14    Dated: October 13, 2009      WILSON SONSINI GOODRICH & ROSATI
                                                   Professional Corporation

By:    /s/ Stefani E. Shanberg
         Stefani E. Shanberg

Attorneys for Third Party
GOOGLE INC.

20    Dated: October 13, 2009      MCKENNA LONG & ALDRIDGE LLP

By:    /s/ Felicia Y. Feng
         Felicia Y. Feng

Attorneys for Plaintiff
NORTHSIDE HOSPITAL, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Due to the Court's unavailability, the hearing is continued to November 17, 2009 at 9:00 a.m. The parties' proposed briefing schedule is ordered.

Dated: October 14, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION                            -2-
CASE NO. MISC. 09-80266 MHP (EDL)